INDEX AS <u>MUELLER, JEFFREY A. AND ROBIN C.,</u> GRANTORS, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  11-cr-00339-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEFFREY ALLAN MUELLER,

    Defendant.

## NOTICE OF LIS PENDENS

<u>NAME OF PURPORTED RECORD TITLE OWNER</u>: Jeffrey A. and Robin C. Mueller

PLEASE TAKE NOTICE that the United States of America seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. § 2253, forfeiting to the United States, all of the defendant's right, title, and interest in and to the following real property:

    12795 Buckhorn Creek Street, Parker, Colorado, more fully described as:

    Lot 1, Block 2, Stroh Ranch Filing No. 9c,
    County of Douglas, State of Colorado.

Dated this 6th day of September, 2011.

                              JOHN F. WALSH
                              United States Attorney

                    By:  <u>s/ Judith A. Smith</u>
                              Judith A. Smith
                              Assistant United States Attorney
                              1225 Seventeenth Street, Ste. 700
                              Denver, Colorado  80202
                              Telephone:  303-454-0200
                              Fax:  303-454-0406
                              Email:  <u>Judith.Smith3@usdoj.gov</u>
                              Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2011, I electronically filed the foregoing **NOTICE OF LIS PENDENS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Matthew Golla
matt_golla@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

(None)

By: s/ Veronica Ortiz
VERONICA ORTIZ
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Veronica.Ortiz@usdoj.gov

-2-