21 July 2012

To:     Judge William J. Martinez
        Alfred A. Arraj U. S. Court House
        901 19th Street
        Denver CO 80294-0101

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2012

GREGORY C. LANGHAM
CLERK

From:   Jeffrey Allan Mueller
        P.O. Box 16700
        Golden CO 80402

Case No:  11-cr-00339-WJM

Subject:  Further Clarification of Plea Agreement

Dear Judge Martinez,

        I am writing you today because I want to
explain, in greater detail, the reason I chose to
accept the terms of the plea agreement the government
has offered me. My attorney's primary concern is
lessening the length of time I will have to serve in
prison, which is why it was the focus of the
explaination he provided to you on the ninth.
For me, the time I am required to serve is a
moot point, because I am guilty of the crimes
I am accused of. Therefore, I accept the sentence
you give me, whether it is at the suggested length

my attorney and the District Attorney have recommended, or more.

    The reason I chose to accept the plea is because I desperately want to keep my family, my wife and children, out of the state's court. My, soon to be, ex wife is already facing unjust persecution from the state's D.A. as a direct result of my abhorent treatment of my children. I'll make no excuses, your honor, because I don't think you could comprehend what it is to be raised in so much worse an environment. Try though I might, to be a good father, I became the very man I swore I'd never become.

    And now, that I am a new man in Christ Jesus, I sincerely want my family to heal from the pain I caused each of them; both directly and indirectly. Were the state's court to try my case, all the work the counselors have put forth on my wonderful children would very likely be regressed and take months for each of them to reattain. Therefore, your honor, I chose to cooperate with the F.B.I. on the condition that they would bind the state's court from prosecuting me, to spare my family from suffering any further pain.

Even now, if I can in any way help the F.B.I. to save those who can't yet save themselves, I gladly will. I have clearly expressed this to both the D.C. and to my arresting agent. In closing, your honor, I sincerely thank you for your consideration, your time, and your discression in my case. I imagine this is likely the most peculiar statement you have ever read before from one of your charges, however: I am so very grateful to be in the state's care and to be held accountable to my actions, that my children are healing and are receiving the love, the care, the counseling, and the attention they each deserve and need, and that by accepting Christs' Work upon the cross... even the greatest of sinners, such as I, have been made new." Thank you your honor.

Blessings,

Jeffrey Cellan Mueller

Jeffrey Cellan Mueller