**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 11-cr-00339-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.    JEFFREY ALLAN MUELLER**,

      Defendant.
_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 67) filed May 3, 2013.  The Court having reviewed the Motion and finding good cause, and being fully advised hereby GRANTS the Government's motion (ECF No. 67) and FINDS as follows:

1.    That the United States commenced this action pursuant to 18 U.S.C. § 2253, as set forth in the Indictment returned on August 16, 2012;

2.    That a Preliminary Order of Forfeiture was entered on October 2, 2012 (ECF No. 62);

3.    That all known interested parties were provided an opportunity to respond and that publication was properly effected as required by 21 U.S.C. § 853(n);

4.      That no Petition for Ancillary Hearing has been filed by any petitioner, and

        the time for doing so has expired;

5.      That it further appears there is cause to issue a forfeiture order under 18

        U.S.C. § 2253;

Based on the foregoing the Court hereby ORDERS as follows:

1.      That judgment of forfeiture of the following property shall enter in favor of

        the United States pursuant to 18 U.S.C. § 2253 free from the claims of any

        other party:

        a.      MacBook Computer, Serial Number W8949F9J66D;

        b.      Seagate FreeAgent GoFlex 1TB hard drive, NA0BAF0L; and

        c.      Computer storage devices and cameras seized from Defendant's

                residence on July 25, 2011 and August 12, 2011; and

2.      That the United States shall have full and legal title to the forfeited

        property and may dispose of it in accordance with law.

Dated this 6th day of May, 2013.

                                        BY THE COURT:

                                        _____

                                        William J. Martínez
                                        United States District Judge